KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
GARY LAMAR HENRY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F-00-05454 OWW |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE AND REQUEST FOR ORDER APPROVING NEW DATE |
| vs. | |
| GARY LAMAR HENRY, | CURRENT DATE: **11/29/10** at 9:00 a.m. |
| Defendant. | PROPOSED DATE: **12/13/10** at 9:00 a.m. |

It is hereby stipulated by and between counsel for the government and counsel for defendant that the sentencing of GARY LAMAR HENRY on a violation of supervised release be continued to **December 13, 2010** as counsel for defendant has an oral argument before the Ninth Circuit (Stevenson v. Yates, 09-15081) at 9:00 a.m. on November 29, 2010, the date previously scheduled.

DATED: 11/18/10           /s/Katherine Hart
                          KATHERINE HART, Attorney for
                          Defendant GARY LAMAR HENRY

DATED: 11/18/10           /s/Dawrence Rice
                          DAWRENCE RICE, Assistant U.S.
                          Attorney

## ORDER

Counsel having stipulated to continue the sentencing to December 13, 2010 at 9:00 a.m. to allow counsel KATHERINE HART to argue before the Ninth Circuit Court of Appeals on November 29, 2010, it s hereby ordered that the sentencing previously set for November 29, 2010 at 9:00 a.m. be continued to December 13, 2010 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   November 18, 2010**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE